1  **LAW OFFICE OF PETER J. BOLDIN**
2  PETER J. BOLDIN (SBN 251042)
   816 H Street, Suite 108
3  Sacramento, CA 95814
   Tel: (916) 498-1320
4  Fax: (916) 498-1325
5
6  Attorney for RUBEN PRAKSHA BALI
7
8  IN THE UNITED STATES DISTRICT COURT
9  FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,                Case No.: 2:04 cr 325 JAM
12          Plaintiff,                      STIPULATION AND ORDER
13                                          CONTINUING REVOCATION OF
14     vs.                                  SUPERVISED RELEASE
                                            PROCEEDINGS
15 RUBEN PRAKSHA BALI,
16          Defendant.
17
18      Defendant RUBEN PRAKSHA BALI, by and through his attorney, Peter J.
19 Boldin, and the United States, by and through Assistant United States Attorney Matthew
20 Stegman, hereby stipulate and agree to continue revocation of supervised release
21 proceedings in the above-captioned case from Tuesday, October 6, 2009 at 9:30 a.m. to
22 Tuesday, October 20, 2009 at 9:30 a.m.  The continuance is requested so that Mr. Bali
23
24 may proceed first with his State Court criminal proceedings of which the revocation
25 proceedings in this Court are based off of.  Mr. Bali has State Court proceedings
26 currently scheduled for October 15, 2009 at 8:30 a.m. in Sacramento County Superior
27 Court in Department 4.
28 ///

Bali.FedContStip                          - 1 -
10/05/09

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: October 2, 2009 | Law Office of Peter J. Boldin |
| | By:   /s/ Peter J. Boldin |
| | PETER J. BOLDIN |
| | Attorney for Ruben Bali |
| Dated: October 2, 2009 | LAWRENCE BROWN |
| | Acting United States Attorney |
| | By:   /s/ Matthew Stegman |
| | MATTHEW STEGMAN |
| | Assistant U.S. Attorney |

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that revocation of supervised release proceedings scheduled for Tuesday, October 6, 2009 at 9:30 a.m. be continued to Tuesday, October 20, 2009 at 9:30 a.m.

Dated:  October 5, 2009                                         /s/ John A. Mendez
                                                                               JOHN A. MENDEZ
                                                                               United States District Judge